U.S. Magistrate Judge Sharon L. Ovington (Courtroom Minutes)

| | |
|---|---|
| **PLEA** | **DATE:** 7/2/19 |
| **CAPTION:** USA v. CLAYTON LUCKIE | **CASE NUMBER:** 3:18-cr-184 |
| **Pltf's Attorney:**<br>Brent Tabacchi | **Deft's. Attorney:**<br>Aaron Durden |

[ ✓ ] Defendant appeared with counsel, **Aaron Durden**, and sworn.

[ ✓ ] Defendant consents to Magistrate Judge jurisdiction to accept plea.

[ ✓ ] Advisory sentencing guidelines and maximum penalties discussed and understood. (Section 3353a factors of Title 18 included).

[ ✓ ] Constitutional rights explained and understood.

[ ✓ ] Defendant waived constitutional rights.

[ ✓ ] Each page of the Plea Agreement initialed by Defendant.

[ ✓ ] Statement of Facts read into record by Brent Tabacchi.

[ ✓ ] Defendant acknowledged accuracy of Statement of Facts.

[ ✓ ] Defendant entered a plea of **GUILTY to Count  1  .**

[ ✓ ] Court will recommend that the Plea be accepted and made a permanent part of the record.

[ ✓ ] Defendant referred to Probation Department for Presentence Investigation.

[ ✓ ] Bond Continued.

[ ✓ ] Sentencing set for Friday, 11/15/19 at 9:30 a.m. before Judge Rose.

| | |
|---|---|
| COURT REPORTER: Jamie Hurley | CONVENED: 10:01 |
| DEPUTY CLERK: Rose Plummer | RECESSED:  10:25 |